United States District Court
for the Western District

United States of America,           )
                                    )
    v.                              )      04-CR-176
                                    )      03-CR-245
Frederick Banks,                    )
        Defendant.                  )

MOTION to Quash Arrest & Search Warrants, AND
Motion for Complete Inventory List

A so-called "nail and mail" statute may be utilized when it is impossible to serve the party personally or to deliver the process to a person of suitable age and discretion at the party's dwelling or place of abode. Nowhere while Congress A.N. 2d 466, 525 NYS 2d 973 (2d Dept. 1988). The v. 4111 Hempstead Turnpike Corp., 138 A.N. 2d 466, 525 NYS 2d 973 (2d Dept. 1988). Here, because the defendant was an inmate on in supervision subject to the authority of the U.S. Attorney General and the warden, he was immune from service of process of both the arrest warrant and the search warrant and it was improper to execute these warrants because Banks was in public business at the U.S. possession office and the arrest warrant was obtained in bad faith. Green v. Washington 301 F.2d 565 (DC Cir. 1961); Powv. District Court In and For El Paso County, 408 P.2d 69 (1965); Slater ex rel. Slutsky v. Nuffield 91 SE 2d 1131 (1965), Filev. McCormick, 260 F.3d 69 Cir. cal. 1911). The service in the case at hand was also invalid because it was accomplished by fraud. Ben Crouch told Banks to come to his office because he had some paperwork for him to sign. When Banks appeared three U.S. Marshals arrested him. Ben Crouch was not present yet the revocation hearing in this matter he told the Judge he was present. The Judge specifically asked if Crouch were present and the arrest and search warrant were executed by trickery, lies and deceit and Ben on the inventory sheet. Both the arrest warrant and search warrant was a lie. Also, if it was fraud to take 14 prepaid cards out of my residence and not list them on the inventory sheet. Both the arrest warrant and search warrant process was accomplished by trickery, lies and deceit and both must be quashed. See v. American Express Co., 13 lft. 28c (1943); Tickle v. Barton, 142 w.Va. 188 (1956). Process may be "quashed if the party served was induced to enter the jurisdiction by an agent. Cavanaugh v. Manhattan Transit Co., 133 F. 818 (CC N.J. 1905).



www.americanet.com

All the FBI agent did in this case was contact all my friends and associates to justify his unconstitutional conduct so that he could disgrace me in the community and ruin my business because of my litigious history and status as a Wiccan who practiced witchcraft all in violation of the First and Fifth Amendments. The agent was upset because I insisted on the return of my Ferrari which I saw with my own eyes parked in the rear of the FBI building on the south side.

FILED
DEC - 5 2013
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

STATE DISTRICT COURT
for the Western District of Pennsylvania

United States of America, )
    v. ) 04-CR-176
Frederick Banks, ) 03-CR-245
    Defendant. )
)

**Motion to Quash Arrest & Search Warrants; AND Motion for Complete Inventory List**

Defendant Frederick Banks ("Banks") hereby moves the Court for the following relief;

Hello. When I was in Court the FBI agent and AUSA provided to me an inventory list from the November 7, 2013 search of my residence. They mentioned subsequently how 14 debit cards were taken from the residence (all of these cards were prepaid cards in my name but were blank. — When a prepaid card is purchased it comes with no name on it which is refered to as a "temporary card" for me it was easier to purchase another card than to "reload" one.)

These 14 prepaid/debit cards were not listed on the FBI inventory sheet. Could the Court please order the government to provide me with a complete list of all the items that were taken from my residence. It is not lawful to take items without listing them on an Inventory sheet. Also, I never received a copy of the search warrant. When the government knows where a resident is it is not a valid service of process for them to simply leave a copy of a search warrant at a residence they are supposed to leave it with someone, a person. If no one is present they can leave a copy on the premises and mail a copy to the Defendant. I move the Court to Quash the search warrant for invalid service of process. I'm aggrieved here and it's a violation of Fed. R. Crim. Proc. 41(f)(B) ("An officer present during the execution of the warrant must prepare and verify an inventory of any property seized. The officer must do so in the presence of another officer and the person from whom, or from whose premises the property") The inventory here was not properly verified if it was verified at all. I just can't understand how 14 cards were taken yet don't appear on an Inventory sheet. Then of course a valid Return did not happen and the receipt was invalid Fed. R. Crim. Proc. 41(f)(c) and 41(f)(D), An unlawful seizure without probable cause in violation of the 4th Amendment. Can the Court please refer this matter to the U.S. Magistrate or officer that issued the search warrant by transferring it to the search docket. Since I was never provided a copy of the search warrant I don't have that docket number. The government should provide a copy of the <u>complete</u> Inventory and search warrant to me forthwith.

Also, I request that the Court provide a copy of all the transcripts to me asap of all the hearings conducted in this matter including

the initial appearance and preliminary hearing, the competency and complete revocation hearings and the sentencing hearings. I need these items for the related revocation proceedings in USA v. Banks, 03-245 (WDPA). I'd also like and request a hearing on this motion.

Wherefore, the foregoing motion should be granted. A hearing should be ordered.

Respectfully Submitted,

Frederick Banks
#05711068
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

Defendant

Certificate of Service

I hereby certify that on this 27th day of November, 2013 I served a true and correct copy of the foregoing by mail delivery upon the following:

Office of the U.S. Attorney
4000 U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219


Frederick Banks