United States District Court
for the Western District of Pennsylvania

United States of America,
v.
Frederick Banks,
　　　Defendant
v.
United States Marshall Service,
　　　Defendant.

03 CR 245
04 CR 176

**FILED**

OCT 20 2014

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION FOR TRANSFER Between Prisons AND NOTICE OF CHANGE OF ADDRESS AND Motion for other Relief

Frederick Banks moves for a transfer back to NEOCC Youngstown, OH and notifies the Court of his current address which is: Frederick Banks, DOC # 120759, Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219

1. Banks needs all previous orders, responses, and motions sent on or after 9/25/14 resent to him as he did not receive them. The government's transfer was for an unconstitutional motive to deny Banks due process. Banks was forced by the USMS to send all his legal papers in all his national and local cases out and had no way to retrieve them. He requests that he be either transferred back to NEOCC or that the Court order the government to check the Pacer and submit a change of address for him in every case in which he is involved. A prisoner transfer may not be for an unconstitutional motive even while it is true that a prisoner has no right to be housed in any particular prison. Banks also notifies the Court that he is still under CIA surveillance and receiving harassing communications in violation of the Foreign Intelligence Surveillance Act. Banks was transferred by the USMS directly following litigation naming 90 Judges who sit on FISC or could be appointed to sit by John Roberts.

WHEREFORE, the foregoing Motion should be granted. (On the transfer papers the USMS listed it as "Permanently Release" Pittsburgh. NEOCC has no address to forward Banks mail. He received 90-120 pieces a month. If notice of the address change is not provided the government is notified that it is liable for the relief requested in each action Banks is involved in or any loss sustained by him.) Banks does not have any money or envelopes on his account. The transfer is also effecting the Bernard Madoff direct Appeal pending in the 2nd Circuit and motions in the SDNY District Court negatively and Klayman v. Obama, DCJ. Banks v. Cia (cert). Banks also moves for an order to AUSA to update Lexus Nexus.

Certificate of Service. Provide Pen and Paper.

Respectfully Submitted,

Frederick Banks
Doc # 120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219
Defendant

I hereby certify that on this 11th day of October 2014 I served a true and correct copy via electronic notification.

Office of the U.S. Atty
4000 US Courthouse
700 Grant St.
Pgh, PA 15219

Frederick Banks