UNITED STATES DISTRICT COURT
for the Western District of Pennsylvania

United States of America,

v.

Frederick Banks,
   Defendant.

04CR176

FILED
OCT 31 2014
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION TO Terminate or Modify Supervised Release:

Defendant Frederick Banks moves to modify or terminate his Supervised Release and represents as follows:

1. Defendant's sentence ended on 10/20/14 of imprisonment and because he was under administrative confinement with the U.S. Marshals his sentence of Supervised Release started to run. Administrative Confinement does not toll the running of Supervised Release.

2. In the 03CR245 case the Court ordered Banks immediately transferred to the Renewal Center on 10/29/14 and released him to custody of the U.S. Probation Office.

3. As the Court is aware Banks has a residence to reside in and therefore confinement in the Renewal Center is not necessary, moreover, the 25% Banks has to pay to Renewal Center would be better spent on the residence and reestablishing employment. Banks has a job waiting for him within walking distance of his residence and as the Court is aware he has participated in numerous alcohol programs, classes, and volunteer work and would like to continue to do so. In 2012 the FBI it is believed applied for a surveillance warrant and received it from the Foreign Intelligence Surveillance Court. As a result Banks, because he filed lawsuits was harassed 24/7 by the CIA which caused the revocation in the first place. Wherefore, the foregoing motion should be granted. The Supervised Release should be terminated or modified. Respectfully submitted,

Certificate of Service
On this 28th day of October, 2014 I served a true and correct copy of the foregoing by mail delivery upon the following: Office of the U.S. Attorney

Frederick Banks
Reg 120754
c/o Second Avenue
Pittsburgh, PA 15219
Defendant

Frederick Banks